# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON L. SHADLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil Case No. 3:16-cv-00203-JPG<br>---<br>Criminal Case No. 4:14-cr-40055-JPG-1 |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, **IT IS HEREBY ORDERED AND ADJUDGED** that petitioner Jason L. Shadle's petition for a writ of *habeas corpus/*motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, that judgment is entered in favor of respondent United States of America and against petitioner Jason L. Shadle, and that this case is dismissed with prejudice.

DATED:  November 30, 2017

　　　　　　　　　　　　　　　　　　**JUSTINE FLANAGAN,**
　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　BY:   s/Tina Gray
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**